# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

ROBERT CARTER                                                                    PLAINTIFF

V.                      CASE NO. 3:17-cv-00256 JM

TERRY WILSON                                                     DEFENDANT

## ORDER

Plaintiff Robert Carter filed this action pursuant to 42 U.S.C. § 1983 alleging violation of his federally protected rights. (Doc. No. 1). He did not, however, pay the $400 filing and administrative fee or file an application to proceed *in forma pauperis* ("IFP"). On September 27, 2017, the Court directed Carter either to pay the filing and administrative fees or to file a motion to proceed IFP within 30 days; Carter was cautioned that if he did not do so, his case would be dismissed without prejudice.[1] (Doc. No. 2). More than 30 days have passed, and Carter has not paid the filing fee or asked to proceed IFP. Further, mail sent from the Court to Carter has been returned as undeliverable. (Doc. Nos. 3, 4).

---

[1] Local Rule of the Court 5.5(c)(2), provides:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

LOCAL RULE 5.5(c)(2).

Carter apparently failed to notify the Court of his change in address. Accordingly, Carter's claims are dismissed without prejudice.

IT IS SO ORDERED this 30th day of October, 2017.

*[signature]*
UNITED STATES DISTRICT JUDGE