IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROBERT CARTER                                                                    PLAINTIFF

V.                              CASE NO. 3:17-cv-00256 JM

TERRY WILSON                                                                    DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 30th day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE